UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

ALKAWANNA S. KELLEY,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL
UNIVERSITY,

    Defendant.
_____/

## NOTICE OF REMOVAL

COMES NOW, the Defendant, FLORIDA INTERNATIONAL UNIVERSITY ("FIU"), by and through undersigned counsel, pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446, removes this action from the 17th Judicial Circuit Court in and for Broward County, State of Florida, and states:

1. This is a purported action for discrimination, alleging violations of the ADA and other unspecified claims of wrongful conduct.

2. Pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1343(a)(3), this court has original jurisdiction over this action, as it presents a "federal question" and seeks to redress alleged deprivations of Plaintiff's federal statutory rights.

3. Consistent with 28 U.S.C. § 1441(a) and (b) and § 1443, this action is removable to this Court.

4. Copies of the Amended Complaint and Summons served upon the Defendant are attached to the Notice as Exhibit "A", in accordance with 28 U.S.C. § 1446(a).

5. Specifically, Plaintiff initially filed a Complaint on February 13, 2018, in the 17th Judicial Circuit Court for Broward County, Florida. Although a summons was issued, Plaintiff filed it unreturned/unserved on March 2, 2018. *See attached* Exhibit "B" – state court docket.

6. Plaintiff then filed an Amended Complaint on March 2, 2018. The summons for the Amended Complaint was served on FIU on June 18, 2018. Therefore, removal is timely under 28 U.S.C. § 1446.

7. Defendant has filed a notice of removal with the clerk of the state court, in accordance with 28 U.S.C. 1446(d).

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court, who will electronically serve on all counsel on the attached service list this 9th day of July, 2018. A copy was also served on Pro Se Plaintiff via U.S. Mail at the address on the attached service list.

> MARRERO & WYDLER
> Attorneys for Defendant FIU
> Douglas Centre, PH-4
> 2600 Douglas Road
> Coral Gables, FL 33134
> (305) 446-5528
> (305) 446-0995 (fax)
>
> BY _/s/ Lourdes Espino Wydler_____
> OSCAR E. MARRERO
> F.B.N.: 372714
> oem@marrerolegal.com
> LOURDES ESPINO WYDLER
> F.B.N.: 719811
> lew@marrerolegal.com
> ALEXANDRA C. HAYES
> F.B.N.: 109482
> ach@marrerolegal.com

*Kelley v. FIU*
*Circuit Court Case No.: CACE 1803337 (18)*
*Page 3*

## SERVICE LIST

Alkawanna S. Kelley
10842 Denver Drive
Hollywood, FL 33026