UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:18-cv-61555-UNGARO

ALKAWANNA S. KELLEY,

    Plaintiff,

vs.

FLORIDA INTERNATIONAL
UNIVERSITY,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION TO DISMISS/FOR MORE DEFINITE STATEMENT AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE, having come before the Court on Defendant FLORIDA INTERNATIONAL UNIVERSITY's  Motion to Dismiss/For More Definite Statement,  and the Court having been fully advised in the premises, it is

ORDERED AND ADJUDGED that Defendant FLORIDA INTERNATIONAL UNIVERSITY's Motion to Dismiss/For More Definite Statement is hereby GRANTED/DENIED.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Alkawanna S. Kelley (Pro Se Plaintiff)
Counsel of Record