UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:18-cv-61555-UU

ALKAWANNA S. KELLEY,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY,

    Defendant.
_____/

## **ORDER OF INSTRUCTIONS TO *PRO SE* LITIGANT**

Plaintiff, Alkawanna S. Kelley, is currently proceeding *pro se*. In a *pro se* case, it is essential that the *pro se* litigant understand certain procedural information. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1.     It is the responsibility of a litigant to keep the Court advised of his or her current address at all times. Accordingly, a *pro se* litigant must promptly notify the Court in writing of any change of his or her address. This notice must be provided on a paper labeled "Notice of Change of Address" and must include the case number, the litigant's name, and the new address. A copy must be sent to counsel for the opposing side, and the notice shall include a certificate of service that a copy had been sent to counsel for the opposing side. Failure to promptly notify the Court of any change in address may result in dismissal of the case for lack of prosecution.

2.     The Plaintiff shall serve upon the Defendant and the Defendant upon the Plaintiff, or, if appearance by counsel has been entered, upon their respective counsel, copies of all further pleadings or other documents submitted for consideration by the Court. This means that before counsel has appeared for the Defendant, the Plaintiff shall send to the Defendant personally a copy of every further pleading, motion, or other paper submitted to the Court. After counsel has appeared for the Defendant, the copy shall be sent directly to counsel for the Defendant, rather than to the Defendant personally. Each litigant shall include with each motion or other paper submitted to be filed a certificate stating the date that an accurate copy of the motion or other paper was mailed to counsel for the opposing party. If any motion or other paper submitted to the Court does not include a certificate of service upon the counsel for the opposing party, it will be stricken by the Court.

3. All pleadings must include the case number at the top of the first page. The parties shall send the original of every pleading or document to the Clerk of this Court. Miami cases to be filed at 400 N. Miami Avenue, Miami, Florida 33128-7788. Each submission shall include 1) a copy of the document, and 2) a certificate of service stating the date a true copy of the document was sent to the counsel for Defendant.

4. No original document shall be sent directly to a Judge or Magistrate of this Court. Any paper submitted directly to a Judge or Magistrate rather than to the Clerk will be disregarded by the Court.

5. No letters can be sent to the Clerk of Court or to any District or Magistrate Judge concerning the case. All letters will be ignored. A *pro se* litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but no letters will receive a response.

6. A *pro se* litigant and his or her family, friends or acquaintances must not call any Judge's office for any reason. No information about the case can be obtained from the Judge's office. Brief case status information contained on the docket sheet may be available from the Clerk of Court, but no Court employee can provide legal advice to any litigant, pro se or otherwise.

7. *Pro se* litigants are instructed to comply with all of the deadlines contained in the orders issued by this Court, the Local Rules of this District, and the Federal Rules of Civil Procedure.

8. It is the Defendant's responsibility to defend this case. Failure to do so may result in default being entered without further notice.

9. An electronic copy of the Federal Rules of Civil Procedure is available at http://www.uscourts.gov/rules/newrules4.html and of the of the Southern District of Florida Local Rules at http://www.flsd.uscourts.gov/. *Pro se* litigants must familiarize themselves with these Rules which are strictly enforced.

DONE AND ORDERED in chambers at Miami, Florida this _9th_ day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf
*pro se* Plaintiff