UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61555-UU

ALKAWANNA S. KELLEY,

    Plaintiff,

v.

FLORIDA INTERNATIONAL UNIVERSITY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Defendant's Motion to Amend/Correct (the "Motion"). D.E. 11. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

On July 9, 2018, Defendant removed the instant action to this Court. On the same date, the Court sent Plaintiff its order of instructions to *pro se* litigant as Plaintiff was not represented by counsel. D.E. 8. In those instructions the Court noted:

> No letters can be sent to the Clerk of Court or to any District or Magistrate Judge concerning the case. All letters will be ignored. A pro se litigant may file a motion, a memorandum, any pleading allowed by the procedural rules, or any document ordered by the Court, but no letters will receive a response.
>
> Pro se litigants are instructed to comply with all of the deadlines contained in the orders issued by this Court, the Local Rules of this District, and the Federal Rules of Civil Procedure.
>
> It is the Defendant's responsibility to defend this case. Failure to do so may result in default being entered without further notice.
> D.E. 8 ¶¶ 5, 7-8.

On the same date, Defendant filed its Motion to Dismiss Plaintiff's Complaint, such that Plaintiff's response was due on July 23, 2018. D.E. 5. In the motion to dismiss Defendant

argued that Plaintiff's complaint fails to allege any discernable cause of action and is a shotgun pleading. D.E. 5. As of July 31, 2018, Plaintiff had not responded to Defendant's Motion to Dismiss and the Court therefore granted it by default. D.E. 10. In the Motion, Plaintiff notes that she was abandoned by her attorney and seeks an enlargement of time to respond to the motion. However, Plaintiff's "motion" is effectively a letter and does not comply with the Federal Rules of Civil Procedure. Moreover, Defendant's motion to dismiss has been granted the case has been closed, and Plaintiff has not moved to reopen the case. Accordingly it is

ORDERED AND ADJUDGED that Defendant's Motion to Amend/Correct, D.E. 11, is hereby STRICKEN as procedurally improper. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _23d__ day of August, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record
*Pro se* Plaintiff

URSULA UNGARO
UNITED STATES DISTRICT JUDGE